Michael Eugene HUNT, Plaintiff—
Appellant,

v.

Tony RAND, Defendant—Appellee.

No. 11–7158.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 5, 2012.

Decided: Jan. 12, 2012.

Michael Eugene Hunt, Appellant Pro Se. Elizabeth F. Parsons, Assistant Attorney General, Raleigh, North Carolina, for Appellee.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Eugene Hunt appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hunt v. Rand,* No. 5:10–ct–03139–FL, 2011 WL 3664340 (E.D.N.C. Aug. 18, 2011). We deny Hunt's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*